Maria C. Roberts, SBN 137907
mroberts@jgrlawfirm.com
Ryan Blackstone-Gardner, SBN 208816
rbg@jgrlawfirm.com
Lauren S. Cartwright, SBN 129862
lcartwright@jgrlawfirm.com
JOHNSON GREENE & ROBERTS
402 West Broadway, Suite 1025
San Diego, CA 92101
Telephone:    (619) 398-3400
Facsimile:    (619) 330-4907

Attorneys for Defendant ConAm Management Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA THOMAS, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WINN MANAGEMENT GROUP, LLC, a Massachusetts limited liability company; CONAM MANAGEMENT CORPORATION; a California corporation; HIGHRIDGE COSTA INVESTORS, LLC, a Delaware limited liability company; BUILDERS ALLIANCE FOR AFFORDABLE HOUSING III, L.P., a California limited partnership; COMMUNITY HOME BUILDERS AND ASSOCIATES, a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.<br><br>Action Date:    September 29, 2016<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT CONAM MANAGEMENT CORPORATION UNDER 28 U.S.C. §§ 1441(a) and 1331** (FEDERAL QUESTION)<br><br>**ACCOMPANYING DOCUMENTS:**<br>CIVIL COVER SHEET; DECLARATION OF MARIA C. ROBERTS; NOTICE OF PARTIES WITH FINANCIAL INTEREST |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF BRENDA THOMAS:**

PLEASE TAKE NOTICE that Defendant ConAm Management Corporation, hereby effects the removal of the below-referenced action from the Superior Court of California for the County of Monterey to the United States District Court for the Northern District of California. Removal is based on 28 U.S.C. sections 1331 and 1441(a), which vest the District Court with jurisdiction over civil actions arising under the laws of the United States, on the following grounds:

1. On September 29, 2016, Plaintiff BRENDA THOMAS commenced the action titled *Brenda Thomas, an individual v. Winn Management Group, LLC, a Massachusetts limited liability company; ConAm Management Corporation, a California corporation; Highridge Costa Investors, LLC, a Delaware limited liability company; Builders Alliance for Affordable Housing III, L.P., a California limited partnership; Community Home Builders and Associates, a California corporation; and Does 1 through 10, inclusive*, in the Superior Court of California, County of Monterey, Case Number 16CV003039, by filing a complaint ("Complaint") against Defendants.

2. Plaintiff's Complaint identifies the following 15 causes of action:

   a. Race/Gender Harassment in Violation of FEHA (California Government Code sections 12940, *et seq.*);

   b. Race/Gender Harassment in Violation of FEHA ;

   c. Disability/Medical Condition Discrimination in Violation of FEHA;

   d. Failure to Engage in the Interactive Process under FEHA;

   e. Failure to Provide a Reasonable Accommodation under FEHA;

   f. Retaliation in Violation of FEHA;

   g. Failure to Prevent Harassment, Discrimination, and Retaliation under FEHA;

   h. FMLA/CFRA Interference (29 U.S.C. Section 2601 *et. seq.*);

   i. FMLA/CFRA Interference (29 U.S.C. Section 2601 *et. seq.*);

1       j.   Violation of Labor Code sections 226.7 and 512;

2       k.   Violation of Labor Code sections 510 and 1194;

3       l.   Violation of Labor Code section 226;

4       m.  Failure to Pay Split Shift Premiums; and

5       n.   Violation of Business and Professions Code section 17200, *et seq.*

**JURISDICTION**

3. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331, and is one that may be removed to this Court pursuant to 28 U.S.C. Section 144l(a), because it alleges claims that arise under the Federal Family Medical Leave Act, 29 U.S.C. Section 2601 *et. seq*.

**TIMELINESS OF REMOVAL**

4. Defendant ConAm received a copy of the Complaint on October 12, 2016. A true and correct copy of the Summons and Complaint is attached as Exhibit A to the Declaration of Maria Roberts filed and served herewith.

5. This Notice of Removal has been timely filed under 28 U.S.C. Section 1446(b), because it was filed within 30 days after ConAm's receipt of Plaintiff's Complaint.

**VENUE**

6. Venue is proper in the United States District Court for the Northern District of California pursuant to 28 U.S.C. Section 144l(a) and Section 1391(b) because the state action was filed in a county within this judicial district and the action arose within the judicial district.

**INTRADISTRICT ASSIGNMENT**

7. Assignment to the San Jose Division of the District Court for the Northern District of California is proper pursuant to Civil L.R. 3-2(c) and (e) because a substantial part of the events or omissions that gave rise to this action occurred in Monterey County, California.

/ / /

/ / /

/ / /

/ / /

**JOINDER OF ALL DEFENDANTS**

8. The other Defendants who have been served with a summons and complaint in this case have consented to join this Notice of Removal.

**NOTICE TO PLAINTIFF**

9. Promptly after filing of this Notice of Removal in the United States District Court for the Northern District of California, written notice of such filing will be served on Plaintiff. In addition, a copy of this Notice of Removal will be filed with the Clerk of the Court for the Superior Court of California for the County of Monterey.

10. For all the foregoing reasons, this Court has original jurisdiction over this matter under 28 U.S.C. Section 1441(a).

**WHEREFORE,** having provided notice as required by law, the above-entitled action is removed from the Superior Court of California for the County of Monterey to this Court.

Dated: November 9, 2016                                          JOHNSON GREENE & ROBERTS

                                                                  */s/ Maria C. Roberts*
                                                          By:    Maria C. Roberts
                                                                 Ryan Blackstone-Gardner
                                                                 Lauren Cartwright
                                                                 Attorneys for Defendant ConAm
                                                                 Management Corporation